# CARTER LEDYARD & MILBURN

*Counselors at Law*

Justin A. Greenblum
Partner

Direct Dial: 212-238-8833
E-mail: greenblum@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: JAN 04 2016

December 22, 2015

SO ORDERED:

*George B. Daniels*

B. Daniels, U.S.D.J.

Dated: JAN 04 2016

**BY ECF & FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Flores v. Sea Breeze Fish Market Inc., et al.*
15-CV-8452 (GBD)

Dear Judge Daniels:

We represent Defendants Sea Breeze Fish Market Inc., Vincent J. Dimino, and Michael Turco (the "Defendants") in the above-referenced matter. We write to respectfully request a thirty-day extension of the time for the Defendants to respond to the Complaint in this matter. The Defendants' answer is currently due December 28, 2015. The Defendants request an extension of time to respond to the Complaint because the parties are currently engaged in good faith settlement discussions which we believe will result in the resolution of this matter.

This is Defendants' first request for an extension of time to respond to the Complaint. Counsel for Plaintiff Andres Trinidad Flores has consented to this request.

Respectfully submitted,

Justin A. Greenblum

JAG:

cc: **VIA ECF**

John Gurrieri, Esq.

7730333.1